# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

| | |
|---|---|
| ROBERT RODRIGUEZ, an individual, and ROSEMARY RODRIGUEZ, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE LEASING COMPANY OF PHOENIX, LLC, a Delaware limited liability company, CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES CITY POLICE DEPARTMENT, a law enforcement agency, LOS ANGELES COUNTY, a political subdivision of the State of California, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency, and DOES 1 through 100, inclusive,<br><br>Defendant( s ). | Case No. **2:25-cv-08129 FMO-BFM**<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

1

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:    April 15  , 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on _____ [date] in the case of *Robert Rodriguez, et al. v. Enterprise Rent-a-Car, et al.,* Case No. 2:25-cv-08129-FMO-BFM.  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.  I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____