**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RODRIGUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES LLC, et al.,<br><br>Defendants. | Case No. CV 25-8129 FMO (BFMx)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE RE: ENTERPRISE** |

Having been advised by counsel that plaintiffs have settled their claims with Enterprise Leasing Company of Phoenix LLC ("Enterprise"), (see Dkt. 61, Notice of Settlement), the action as to Enterprise is hereby dismissed, without costs and without prejudice to the right, upon good cause shown, no later than **September 2, 2026**, to re-open the action as to Enterprise if the settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 22nd day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge